UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LORY FABIAN, ) | |
| ) | |
| Plaintiff, ) | No. 4:12-CV-1112-JAR |
| ) | |
| v. ) | |
| ) | |
| THE ST. LOUIS RAMS PARTNERSHIP, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Defendants' Motion to Compel Execution of Medical Authorizations and Production of All Medical Records and Bills. [ECF No. 34] Plaintiff has not filed a response. Upon consideration, Defendants' motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Compel Execution of Medical Authorizations and Production of All Medical Records and Bills [34] is **GRANTED**. Plaintiff shall have three (3) days, up to and including **Thursday, August 29, 2013**, in which to execute medical authorizations and produce all medical records and bills in her possession related to the events and injuries claimed in this litigation. Failure to comply with this order will result in sanctions, including a limitation on Plaintiff's damages.

                                                                                                    _____
                                                                                                    **JOHN A. ROSS**
                                                                                                    **UNITED STATES DISTRICT JUDGE**

Dated this 26th day of August, 2013.