**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **LORY FABIAN,** | ) |
| Plaintiff, | ) |
| vs. | ) Cause No.: 4:12-CV-01112 |
| **THE ST. LOUIS RAMS PARTNERSHIP,** et al., | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants (collectively the "Rams") by their undersigned counsel, and move this Court to enter summary judgment in their favor and against Plaintiff, and to dismiss Plaintiff's Complaint, with prejudice for the reasons stated in the concurrently filed Memorandum in Support of this motion.

Defendants also file concurrently with this motion a Statement of Uncontroverted Facts in Support of their Motion for Summary Judgment, along with supporting exhibits and affidavits.

WHEREFORE, Defendants pray for an Order of this Court entering Summary Judgment in their favor and against Plaintiff, dismissing Plaintiff's Complaint with prejudice, or in the alternative dismissing separate Counts of Plaintiff's Complaint with prejudice, and for such other and further relief as this Court may deem just and proper.

Respectfully submitted this 30th day of September, 2013.

SHER CORWIN WINTERS LLC

  /s/ Bradley A. Winters
Bradley A. Winters  #29867 MO
Douglas J. Winters #65284 MO
190 Carondelet Plaza, Suite 1100
St. Louis, Mo. 63105
314-721-5200
Fax: 314-721-5201
bwinters@scwstl.com
dwinters@scwstl.com

Attorneys for Defendants St. Louis Rams Partnership, The Rams Football Company, Inc., ITB Football Company, LLC and The St. Louis Rams LLC

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2013, the above and foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system or by hand and mailing upon the following:

Edward C. Kruse #35595
KRUSE, REINKER & HAMILTON LLC
2016 S. Big Bend
St. Louis, Missouri  63117
(314) 333-4140
(314) 558-3102 (fax)

ATTORNEYS FOR PLAINTIFF

  /s/ Bradley A. Winters