UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LORY FABIAN, | ) |
| Plaintiff, | ) No. 4:12-CV-1112-JAR |
| v. | ) |
| THE ST. LOUIS RAMS PARTNERSHIP, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter came before the Court on October 15, 2013 for hearing on Plaintiff's motions to compel. (Doc. Nos. 38, 39, 45) In accordance with the rulings made on the record,

**IT IS HEREBY ORDERED** that Plaintiff's motions to compel [38, 39, 45] are **GRANTED** in part and **DENIED** in part.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated this 15th day of October, 2013.