UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LORY FABIAN                               )
                                          )
              Plaintiff,                  )
                                          )
vs.                                       )          Cause No: 4:12-cv-01112-JAR
                                          )
THE ST. LOUIS RAMS PARTNERSHIP,           )
     et al.                               )
              Defendant.                  )


**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
DEFENDANTS' MOTION IN LIMINE REGARDING COMMENT AND
EVIDENCE RELATING TO DENIAL OF UNEMPLOYMENT BENEFITS AND
NON-PAYMENT OF OVERTIME
AND MEMORANDUM IN SUPPORT THEREOF**

(This memorandum responds to Doc. #88)


COMES NOW Plaintiff, though counsel, and for her Memorandum in Opposition

to Defendants' Motion in Limine Regarding Comment and Evidence Relating to Denial

of Unemployment Benefits and Non-Payment of Overtime, states as follows:

Unemployment Benefits. In their motion, Defendants assert that "Any comment

or evidence offered before the jury about Plaintiff being denied unemployment benefits

would be irrelevant to any claim pled or issue raised in this case and any probative value

in such evidence would be outweighed by prejudice to Defendants."

While Defendants correctly assert that the decision whether to pay unemployment

benefits is made by the Missouri Division of Employment Security, such a decision must

have been based at least in part on Defendants' protest of a claim and/or on the MDES

Deputy's investigation of a claim. Any statement made by Defendants during this process

regarding the reason for Plaintiff's discharge is relevant to the issue of pretext in this case.

Overtime Pay.  Plaintiff concedes that there is no claim in this case that Defendants failed to pay overtime benefits or that she is entitled to overtime pay, and that, as such, references thereto are inappropriate. At the same time, Plaintiff anticipates adducing evidence of occasions on which she has worked long or unusual hours, and that in common parlance, such may be referred to as "working overtime", "doing overtime", or the like. Such references are not inappropriate in this case to the extent that they do not assert that Plaintiff was entitled to overtime pay or that the Defendants owed or owe her compensation for such.

Accordingly, for the reasons set out above, Plaintiff respectfully requests that any Orders in Limine entered in response to Defendants' Motion herein be limited in accordance with this memorandum.

Respectfully submitted,

KRUSE & O'HANLON, L.L.C.

_____/s/ Edward C. Kruse_____
Edward C. Kruse, #35595MO
2016 S. Big Bend
St. Louis, MO  63117
Telephone:  (314) 333-4141
Fax:(314) 558-3102 (fax)
edk@krhlawfirm.com
*Attorneys for Plaintiff*

A copy of the foregoing document has been sent the via the electronic court system of the United States Federal Court this 19th day of February, 2014 to:

SHER CORWIN WINTERS LLP
Michael D. Hart #27955MO
190 Carondelet Plaza, 11th Floor
St. Louis, Missouri  63105
(314) 721-5200
(314) 721-5201 (fax)
***Attorneys for Defendants***

/s/  Edward C. Kruse_____